AO 106 (Rev. 01/09)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

CLERKS OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

OCT 1 2 2021

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

In the Matter of the Search of  
*(Briefly describe the property to be searched or identify the person by name and address)*  
The motorhome at 3101 Island Road  
Bristol, Virginia

)
)
)
)
)

Case No.  1:21mj123

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the _____Western_____ District of _____Virginia_____ *(identify the person or describe property to be searched and give its location):* The motorhome at 3101 Island Road, Bristol, Virginia (to include the person of Nathan Charley Stiltner should he be present and to include vehicles operated by and/or under the control of Nathan Charley Stiltner should said vehicles be parked in the immediate vicinity of the motorhome). Attachment A consists of a photograph of the motorhome.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):* See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of ___21___ U.S.C. § _846/841(a)(1)_ , and the application is based on these facts: See Attachment C                          and/or     841(a)(1)

☑ Continued on the attached sheet.

☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____  
*Applicant's signature*

Brian Snedeker, Special Agent  
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/12/21

_____  
*Judge's signature*

City and state:     Abingdon, Virginia

Pamela Meade Sargent, USMJ  
*Printed name and title*

# ATTACHMENT A



The motorhome at 3101 Island Road, Bristol, VA

## ATTACHMENT B

1. Methamphetamine distribution paraphernalia including (but not limited to) scales, cutting material, plastic baggies, wrapping material; devices used to communicate with other drug traffickers/co-conspirators including cellular telephones; electronic equipment used for counter-surveillance to include video surveillance systems and related DVRs (digital video recorders), scanners, and anti-bugging devices.

2. Books, records, ledgers, notes, and videos pertaining to the illicit distribution, purchasing, and transporting of methamphetamine.

3. Messages, letters, telephone numbers, and addresses relating to customers, suppliers, and other co-conspirators involved with the illicit distribution, purchasing, and transporting of methamphetamine. These messages, letters, telephone numbers, and addresses may be written on personal calendars, personal address and /or telephone books, notebooks, loose pieces of paper, and found in mail.

4. Photographs and videos depicting methamphetamine, drug distribution paraphernalia, substantial assets, co-conspirators, and persons with methamphetamine,

5. Books, ledgers, receipts, bank statements, cashier's checks, and other items evidencing the acquisition, secreting, transferring and/or concealment of assets or the expenditure of narcotics proceeds.

6. Items or articles of personal property tending to show ownership, dominion, or control of the premises/property/vehicles. Such items or articles include (but are not limited to) personal identification, personal correspondence, diaries, checkbooks, notes, photographs, keys, receipts, mail, personal telephone and address books, videos, and motor vehicle related documents (titles/registrations).

7. Large amounts of currency (exceeding $1000.00) or readily transported assets which are used as cash equivalents (cashier's checks, prepaid money/credit cards, money orders, etc.)

8. Items listed in Paragraphs 2 through 6 may be stored in digital media. Therefore, digital media (including but not limited to computers/computer hard drives, digital video recorders (DVRs), floppy disks, CD's, flash/jump drives, personal digital assistants (PDA's), cellular telephones/smartphones, digital cameras, iPODs, iPADs, etc.) are to be seized and examined for the items listed in Paragraphs 2 through 6.

ATTACHMENT C

AFFIDAVIT of
Special Agent Brian Snedeker
Drug Enforcement Administration
Bristol, Virginia

1. I, Special Agent Brian Snedeker, being duly sworn hereby depose and say:

2. The purpose of this application and affidavit is to secure a search warrant for
methamphetamine distribution/conspiracy related documentary evidence and
equipment/supplies inside the motorhome located on the premises at 3101 Island
Road, Bristol, Virginia. This affiant, after obtaining and reviewing information,
believes there is evidence of distribution of methamphetamine and/or conspiracy to
distribute methamphetamine inside the motorhome located at 3101 Island Road,
Bristol, Virginia in violation of 21 USC 841(a)(1) and 846/841(a)(1).

3. I am a Special Agent with the Drug Enforcement Administration (DEA) and have
been so employed for approximately (30) years. During my employment I have
received comprehensive classroom training from the DEA in specialized narcotic
investigative matters including but not limited to drug interdiction, drug detection,
money laundering techniques and schemes, smuggling, and the investigation of
individuals and organizations involving the smuggling, cultivation, manufacturing,
and illicit trafficking of controlled substances and controlled substance precursors. I
have participated in the investigations and subsequent arrests of hundreds of
individuals involved with the trafficking of methamphetamine (a Schedule II
controlled substance). I have also executed hundreds of search warrants related to the
trafficking and manufacturing of methamphetamine.

4. The facts set forth in this affidavit are known to me as a result of my participation in
the investigation of Nathan Charley STILTNER (hereafter referred to as "Nathan
STILTNER), my training and experience, and information provided to me by other
law enforcement officers.

5. During September 2021, an investigation into the methamphetamine trafficking
activities of Nathan STILTNER revealed that Nathan STILTNER resides inside a
motorhome at 3101 Island Road, Bristol, Virginia (located within the Western District
of Virginia) and travels to Sullivan County, Tennessee (located within the Eastern
District of Tennessee) to distribute methamphetamine. During the last (45) days, a
reliable confidential source (hereafter referred to as "CS") performed multiple
controlled purchases (monitored, recorded, and surveilled by law enforcement) of
ounce to multi-ounce quantities of methamphetamine from Nathan SITLTNER within
Sullivan County, Tennessee. Each of the controlled purchases involved multiple
cellular telephone calls and/or texts between the CS and Nathan STILTNER
coordinating said controlled purchases. During the most recent controlled purchase
(occurring within the last ten days), law enforcement surveilled Nathan STILTNER
traveling directly from his residence in Bristol, Virginia to a meeting/sale location
with the CS in Sullivan County, Tennessee. Law enforcement followed Nathan

STILTNER from the meeting/sale location directly back into the Western District of Virginia upon completion of this most recent controlled purchase. During all of the aforementioned controlled purchases, law enforcement observed Nathan STILTNER driving a red, 2008 Honda coupe with Tennessee license plate DBM-745 (registered to a third party) to and from each of the transactions.

6. A review of Nathan STILTNER's criminal history revealed his 2009 arrest in Sullivan County, Tennessee for Possession of a Schedule II [controlled substance] for Resale (disposition unknown) and his 2010 federal felony conviction in the Western District of Virginia (Abingdon, Virginia) for Conspiracy to Possess With the Intent to Distribute and Distribute 500 Grams or More of Cocaine and Oxycontin.

7. This affiant is aware based on his training, experience, and conversations with other law enforcement officers that individuals who distribute and/or conspire to distribute methamphetamine typically maintain methamphetamine, methamphetamine distribution paraphernalia (small, plastic, Ziploc-type baggies, digital scales, etc.), notes, records, messages, and telephone numbers (pertaining to methamphetamine trafficking related contacts/co-conspirators/customers), and other items as listed and explained on Attachment B (of the Application and Affidavit for Search Warrant to which this affidavit is attached) inside their residences, on their persons, and inside of their vehicles and/or vehicles they operate and/or vehicles over which they have control when those vehicles are parked at the trafficker's/conspirator's residence.

8. Nathan STILTNER's known residence is the motorhome located at 3101 Island Road, Bristol, Virginia.

9. Based upon the facts set forth above, I believe there is probable cause for the issuance of a search warrant for the motorhome (to include the person of Nathan STILTNER if present inside the motorhome and to include vehicles operated by and/or under the control of Nathan STILTNER should said vehicles be co-located with/in the immediate vicinity of the motorhome) on the premises at 3101 Island Road, Bristol, Virginia (located within the Western District of Virginia) as there is probable cause to believe that there is evidence of a violation of 21 USC 841(a)(1) and 846/841(a)(1) inside said motorhome.

Brian Snedeker, Special Agent (DEA)

10-12-2021
Date

Subscribed and sworn to before me, this the _12th_ day of _October 2021_ in Abingdon, Virginia.

Pamela Meade Sargent
United States Magistrate Judge
Western District of Virginia